UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:08-CR-64-T-17TBM

RAFAEL ANTONIO LOPEZ.

_____/

ORDER

This cause is before the Court on:

Dkt. 38   Petition to Revoke Supervised Release

The Court conducted a hearing on the Petition to Revoke Supervised Release on December 3, 2015. The Court has continued the Final Revocation Hearing until March 4, 2016 at 10:30 a.m.

The Court directed the issuance of a warrant on September 23, 2015 (Dkt. 38), which was executed on October 19, 2015. Defendant Lopez appeared before the assigned Magistrate Judge on November 4, 2015 (Dkt. 41) and was detained pending the Final Revocation Hearing.

Pursuant to USSG Sec. 7B1.3, upon a finding of a Grade C violation, the Court may extend or modify the conditions of supervised release.

The Court **directs** that Defendant Lopez be released from custody pending the Final Revocation Hearing, and Defendant Lopez **shall remain** subject to the Standard and Special Conditions of supervised release. As to the Special Condition of Supervised Release which provides that Defendant Lopez shall participate in a substance abuse program (inpatient or outpatient) and follow the probation officer's directives regarding the implementation of this court directive, Defendant Lopez **must**

Case No. 8:08-CR-64-T-17TBM

**attend weekly** meetings for substance abuse counseling.   Accordingly, it is

**ORDERED** that the Final Revocation Hearing is **continued** to March 4, 2016 at 10:30 a.m.; it is further

**ORDERED** that Defendant Rafael Antonio Lopez **shall be released** from custody.  Defendant Lopez **shall remain** subject to all Standard and Special Conditions of Supervised Release specified in the Judgment (Dkt. 34); further, Defendant Lopez **must attend weekly** meetings for substance abuse counseling.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 3rd day of December, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation
U.S. Marshal